IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00334-BNB

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor for, Kit Carson Correctional Center,
HOYT BRILL, Warden for, Kit Carson Correctional Center, and
JODI GRAY, Health Administrator, Kit Carson Correctional Center,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Compel Discovery of Defendant Warden Hoyt Brill Address," filed on July 7, 2010, is DENIED as premature. Plaintiff is directed to stop filing motions that are either premature or unnecessary and that are delaying the Court's handling of his case.

Dated: July 9, 2010