IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Motion for Clarification (Doc. No. 57, filed 10/8/2010) is GRANTED and the court provides the following clarification. Defendant Corrections Corporations of America (CCA) was served on September 23, 2010 and filed a motion to dismiss on October 14, 2010. (*See* Doc. Nos. 56 & 61). Defendants Jodi Gray and Susan Tiona waived service on October 13, 2010 and therefore must file a responsive pleading by November 9, 2010.[1] (Doc. No. 59.) The address Plaintiff provided on September 15, 2010 for Defendant Hoyt Brill was provided to the United States Marshall Service for service of process on Defendant Brill. (Doc. No. 60.)

Dated: October 15, 2010.

---

[1] This document also purports to waive service for CCA, although CCA was previously served on September 23, 2010 and filed a responsive pleading on October 14, 2010.