IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

      Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Clarification on Defendant C.C.A. Motion to Dismiss" (Doc. No. 72, filed November 5, 2010) is GRANTED. The Motion to Dismiss was filed solely by Defendant Corrections Corporation of America to dismiss all of the claims asserted by Plaintiff against Defendant Corrections Corporation of America only.

Plaintiff's "Motion for an Extension of Time to Reply to Defendants [sic] Motion to Dismiss CCA" (Doc. No. 73, filed November 4, 2010) is GRANTED. Plaintiff shall file a response to the Motion to Dismiss no later than **November 18, 2010**. No sanctions will be imposed on Defendant.

Dated: November 8, 2010