IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

      Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Compel Discovery of New Warden at K.C.C.C., Owned by C.C.A." (Doc. No. 98, filed December 10, 2010) is DENIED without prejudice as premature. The United States Marshal Service is in the process of attempting to serve Defendant Brill. Until the United States Marshal Service has filed a notification that they have been unable to serve Defendant Brill, Plaintiff's relentless motions in this regard are a waste of judicial resources.

Dated: December 14, 2010