IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion for Clarification" (Doc. No. 137, filed January 18, 2011) is GRANTED. The Courtroom Minutes/Minute Order (Doc. No. 95) are amended as follows:

> Each **party** shall be limited to twenty-five (25) interrogatories, including subparts. This applies to Plaintiff and each Defendant. As such, Plaintiff may ask each individual defendant 25 interrogatories. In turn, each individual defendant may ask Plaintiff 25 interrogatories, so Plaintiff may have to answer up to 100 interrogatories under oath and copy and mail back the separate submissions.

The limitations on requests for production of documents and requests for admission as set in the Courtroom Minutes/Minute Order (Doc. No. 95) will not be amended.

Dated: January 20, 2011