IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00334–PAB–KMT


JEFFREY ALLEN PHILLIPS,

      Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

      Defendants.

---

**ORDER**

---

      This matter is before the court on review of the docket.  Plaintiff has sent numerous documents to the clerk's office which have been filed as exhibits.  In this way, since November 2010, Plaintiff has filed nearly twenty documents, titled as exhibits or supplements to exhibits, without identifying any pleading, motion, brief, or other paper to which they correspond.  To the extent Plaintiff intends to provide documents for consideration in connection with a pending motion, the documents must be timely filed in relation to the motion, response or reply as described in D.C.COLO.LCivR 7.1.  To the extent Plaintiff is providing documents for the court's consideration generally, he is advised that, at this stage in the proceedings, the court will

not consider documents that are not provided in connection with a pleading, motion, brief or

other paper.  Accordingly, the following documents are stricken from the record:

Doc. No. 81

Doc. No. 82

Doc. No. 120

Doc. No. 123

Doc. No. 124

Doc. No. 126

Doc. No. 127

Doc. No. 128

Doc. No. 129

Doc. No. 139

Doc. No. 140

Doc. No. 141

Doc. No. 143

Doc. No. 149

Doc. No. 150

Doc. No. 152

Doc. No. 154

Doc. No. 156

Doc. No. 162

Plaintiff's relentless filing in this regard is a waste of both Plaintiff's and this court's resources.  Any future documents submitted as exhibits without identifying the pleading, motion or brief to which the document corresponds, will be stricken.

Dated this 7th day of February, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge