IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Additional Expert Witnesses." (Doc. No. 202, filed March 16, 2011.)  On November 29, 2010, the court held a preliminary scheduling conference and limited each side to two expert witnesses, absent leave of court. (Doc. No. 95.) Plaintiff states that he needs five doctors as expert witnesses. However the five medical professionals Plaintiff lists all appear to be treating professionals who may testify as lay witnesses regarding their treatment of Plaintiff. Treating professionals who testify as lay witnesses are different than retained experts and not subject to the two-expert limit imposed by the court. Accordingly, Plaintiff's "Motion for Additional Expert Witnesses" (Doc. No. 202) is DENIED.

Dated: March 18, 2011