IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on "Defendants' Unopposed Motion to Allow Deposition of Plaintiff Jeffrey Allen Phillips Pursuant to Fed. R. Civ. P. 30(a)(2)." Defendants seek leave of court, pursuant to Fed. R. Civ. P. 30(a)(2)(B), to take Plaintiff's deposition at the Sterling Correctional Facility where he is incarcerated. Plaintiff has indicated that he does not oppose the taking of his deposition. The deposition requested is consistent with Fed. R. Civ. P. 16(b)(2). The motion is GRANTED. Defendants shall take Plaintiff's deposition at the Sterling Correctional Facility at a date and time mutually convenient for the facility and for defense counsel.

Dated: April 26, 2011.