IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Defendants' Motion for a Protective Order Regarding Discovery." (Doc. No. 226, filed April 27, 2011.) Defendants state that on February 8, 2011, Plaintiff served Defendants with 25 Requests for Production of Documents. (*Id.* at ¶ 5.) They further state that Plaintiff served Defendants with his Second Request for Production of Documents on April 27, 2011. (*Id.* at ¶ 7.) Defendants argue that, at the preliminary scheduling conference held on November 29, 2010, the court limited each side to 25 requests for production of documents. (Id. at ¶ 4.) Defendants seek a protective order pursuant to Fed. R. Civ. P. 26(c)(1) prohibiting Plaintiff from additional requests for documents without leave of court. (*Id.* at ¶ 9.)

On April 26, 2011, the court denied Plaintiff's request for additional production of documents. (*See* Doc. No. 223.) Accordingly, "Defendants' Motion for a Protective Order Regarding Discovery" is GRANTED. Defendants need not respond to Plaintiff's Second Request for Production of Documents and Plaintiff shall not serve additional requests for documents without leave of court.

Dated: April 29, 2011