IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Motion to Produce Plaintiff's Legal Work" (Doc. No. 233, filed May 12, 2011). Plaintiff states that he is in protective custody and does not have access to his legal materials, including exhibits, documents, paper, stamps, envelopes, and admissions, documents and interrogatories due to Defendants by May 16, 2011. He seeks an order requiring the warden to give him his legal materials.

The court will not issue an order that might interfere in the safe administration of the prison. *Bell v. Wolfish*, 441 U.S. 520, 547 (1979) (prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security"). Accordingly, Plaintiff's motion (Doc. No. 233) is DENIED.

Dated: May 17, 2011.