IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10–cv–00334–PAB–KMT

JEFFREY ALLEN PHILLIPS,

    Plaintiff,

v.

SUSAN TIONA, Doctor, Kit Carson Correctional Center,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JODI GRAY, Health Administrator, Kit Carson Correctional Center, and
CORRECTIONS CORPORATION OF AMERICA, owner of private prison KCCC,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion to Dismiss Appointment of Counsel and Dismiss with Prejudice; Doc. No: [262, 272]" (Doc. No. 283, filed August 2, 2011), construed as a motion to withdraw, is GRANTED. Plaintiff's "Pro-Se Plaintiffs [sic] Motion for Appointment of Counsel for Summary Judgment" (Doc. No. 278) is WITHDRAWN. "Plaintiifs [sic] Motion for Summary Judgement [sic]" (Doc. No. 262) previously was denied without prejudice (Doc. No. 268).

Dated: August 3, 2011